store fronts, and from using a trade-mark and trade slogan in simulation of those used and registered by the plaintiff.

*Wallace T. Stock, Edwin L. Garvin* and *Samuel Weiss* for appellants.

*Lewis F. Glaser* and *Isidor J. Friedman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not voting: CRANE, J.

---

CARTER, MACY COMPANY, INC., Appellant, *v.* GEORGE T. MATTHEWS et al., Respondents.

*Contract — sale — action to recover purchase price of goods alleged to have been sold — complaint properly dismissed on ground there was no transfer of title.*

*Carter, Macy Co., Inc.,* v. *Matthews,* 220 App. Div. 679, affirmed.

(Argued December 8, 1927; decided January 10, 1928.)

APPEAL from a judgment, entered June 16, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and directing a dismissal of the complaint. The action was to recover the purchase price of three lots of tea alleged to have been sold to defendants. The only memorandum of the sale was unsigned and before the tea arrived in New York defendants notified plaintiff they would not accept it. The Appellate Division held there was no transfer of title and hence the action for the price could not be maintained and that, furthermore, the defense of the Statute of Frauds was sustained by the proof.

*Edward W. Bourne* and *Clifton P. Williamson* for appellant.

*Thomas Gregory* and *William E. Vogel* for respondents.

Judgment affirmed, with costs, on ground there was no transfer of title of the subject-matter of the sale.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.